WALTER CARNECKY, Respondent, v. JAMES GORMAN, Appellant.—.Judgment reversed and a new trial ordered, with costs to the appellant to abide the event,

unless the plaintiff stipulates to reduce the judgment as entered to the sum of $1,150.60; in which event the judgment appealed from is affirmed, without costs. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.